IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40640
Conference Calendar

_____

RAYMOND W. YOUNG et al.,

                                        Plaintiffs,

RAYMOND W. YOUNG,

                                        Plaintiff-Appellant,

versus

R. WATKINS; L. BENDER,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:95-CV-380
- - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Raymond Young, Texas prisoner # 536364, appeals the district
court's judgment dismissing his 42 U.S.C. § 1983 suit without
prejudice based upon his failure to comply with an order of the
court.  Young has failed to brief the only issue arguably on
appeal, that is, whether the district court erred in dismissing his

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

complaint based upon his failure to comply with the court's order. Young has presented nothing for this court to review. His appeal is frivolous and is therefore DISMISSED. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993); Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987); 5th Cir. R. 42.2. We warn Young that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Young is cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.